McGREGOR W. SCOTT
United States Attorney

PAUL S. HAM
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC  20044-0683
Telephone: (202) 307-6421
Facsimile:  (202) 307-0054

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>           v.<br><br>STEPHEN L. BOYD (a.k.a. STEVE L. BOYD), et al.,<br><br>           Defendants. | Civil No. S-03-1738 LKK GGH<br><br>**ORDER AND JUDGMENT** |

The Court, having considered the motions for summary judgment filed by each party and their joint stipulated request for order and judgment, hereby ORDERS, ADJUDGES and DECREES as follows:

1. Stephen L. Boyd is indebted to the United States in the amount of $304,899.65, plus any accrued interest and penalties, from the dates of assessments but excluding $5,694, $5,708, and $640 of tax for the 1990, 1991, and 1992 tax years, respectively, and any associated penalties and interest.  Consequently, Stephen L. Boyd is indebted to the United States in the amount of $615,141.95 for his outstanding federal income taxes, including penalties and interest, for the 1990, 1991, 1992, 1993, 1994, and 1995 tax years ("tax years at issue") and any additional accrued interest after May 2, 2005.

2. The purported transfer of the real property located at 9 Glenshire Lane, Chico,

California, 95926 (particularly described below, hereinafter, "Glenshire Property") from Stephen L. Boyd to the Glenshire Holding Trust - by way of warranty deed recorded with the County Recorder for Butte County, California ("County Recorder") on or about July 7, 1992 - was void, fraudulent, and consequently of no effect with regard to Stephen L. Boyd's creditors, including the United States for his outstanding federal income tax liabilities, plus penalties and interest, for the tax periods at issue:

> Parcel I: Lot 36, as shown on the Map Entitled, "Amended Map of Ceres Estates Unit No. 1", which Map was filed for record in the office of the Recorder, County of Butte, States of California on February 25, 1987 in Book 104 of Maps, at pages 80 through 83.
>
> EXCEPTING THEREFROM the underground water rights without the right of surface entry as granted to California Water Service Company by deed recorded on July 18, 1986, under Butte County Recorder's Serial #86-22886, Butte County Officials Records.
>
> AP No. 048-580-036
>
> Parcel II: A zero lot line side yard easement for the purpose of ingress and egress to maintain, repair, and replace the dwelling which abuts the boundary line between lots, over the East 10 feet of Lot 37 as shown on the map entitled, "Amended Map of Ceres Estates Unit No. 1", which Map was filed for record in the office of the Recorder, County of Butte, State of California on February 25, 1987 in Book 104 of Maps, at pages 80 through 83.

3.     The Glenshire Holding Trust is a sham, the mere nominee and/or alter ego of Stephen L. Boyd, and consequently has no interest in the Glenshire Property.

4.     The purported transfer of real property located at 819 Brookwood Way, Chico, California, 95926 (particularly described below, hereinafter, "Brookwood Property") from Stephen L. Boyd to the Brookwood Holding Trust - by way of warranty deed recorded with the County Recorder on or about July 7, 1992 - was void, fraudulent, and consequently of no effect with regard to Stephen L. Boyd's creditors, including the United States for his outstanding federal income tax liabilities, plus penalties and interest, for the tax periods at issue:

> Lot 40, as shown on that certain Map Entitled, "Lindo Gardens Unit No. 2", which map was filed in the office of the Recorder of the County of Butte, State of California, on July 26, 1976 in Book 58 of Maps, at pages 3 and 4.
>
> A.P.N. 045-68-0-009-0.

5. The Brookwood Holding Trust is a sham, the mere nominee and/or alter ego of Stephen L. Boyd, and consequently has no interest in the Brookwood Property.

6. The General Holding Trust's purported mechanics' lien - recorded with the County Recorder on or about May 19, 1994 against both the Brookwood Property and the Glenshire Property in the amount of $186,348.00 - is null, fraudulent, and of no effect with regard to Stephen L. Boyd's creditors, including the United States for his outstanding federal income tax liabilities, plus penalties and interest, for the tax periods at issue. Consequently, the General Holding Trust has no interest in either the Brookwood Property or the Glenshire Property.

7. The Richwood Managment Trust's purported mechanics' lien - recorded with the County Recorder on or about May 4, 1994 against both the Brookwood Property and the Glenshire Property in the amount $124,607.00 - is null, fraudulent, and of no effect with regard to Stephen L. Boyd's creditors, including the United States for his outstanding federal income tax liabilities, plus penalties and interest, for the tax periods at issue. Consequently, the Richwood Management Trust has no interest in either the Brookwood Property or the Glenshire Property.

////

8. The Cool Waters Holding Trust's purported deeds of trust - recorded with the County Recorder on or about March 21, 1996 against both the Brookwood Property and Glenshire Property in the amount of $160,000.00 and $130,000, respectively - are null, fraudulent, and of no effect with regard Stephen L. Boyd's creditors, including the United States for his outstanding federal income tax liabilities, plus penalties and interest, for the tax periods at issue. Consequently, the Cool Waters Holding Trust has no interest in either the Brookwood Property or the Glenshire Property.

Dated this 28th day of April, 2005.

       /s/Lawrence K. Karlton
       LAWRENCE KARLTON
       UNITED STATES DISTRICT JUDGE

Presented on this 25th day of April, 2005 by:

McGREGOR W. SCOTT
United States Attorney

  /s/ - Paul Ham
PAUL S. HAM
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6421
Facsimile: (202) 307-0054
(Attorneys for the United States)

Agreed on this 25th day of April, 2005 by:

  /s/ - Michael Noble
MICHAEL S. NOBLE
2114 9th Street
Sacramento, California 95818
Telephone: (916) 442-4412
Facsimile: (916) 442-5631
(Attorney for Stephen L. Boyd)